Case 2:18-cv-05155-SJO-JC Document 26 Filed 01/08/19 Page ID #:138

JS-6

FILED
CLERK, U.S. DISTRICT COURT
January 8, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RIVERA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPTIMA TAX RELIEF, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05155-SJO-JC<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 8th day of January, 2019

_S. James Otero_
The Honorable S. James Otero